**Jeremiah BOURGEOIS, Plaintiff–Appellant,**

v.

**Honorable Paula CASEY, Defendant–Appellee.**

No. 07–35179.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 20, 2007.*

Filed Dec. 28, 2007.

Jeremiah Bourgeois, Monroe, WA, pro se.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**60**

Before: GOODWIN, WALLACE, and HAWKINS, Circuit Judges.

### MEMORANDUM **

Jeremiah Bourgeois, a Washington state prisoner, appeals pro se from the district court's judgment dismissing his action alleging that a state court judge violated his constitutional rights by denying his motion to waive filing fees. We have jurisdiction under 28 U.S.C. § 1291. We review de novo whether a case should be dismissed for lack of subject matter jurisdiction based on the *Rooker–Feldman* doctrine. *Noel v. Hall,* 341 F.3d 1148, 1154 (9th Cir.2003). We may affirm on any basis supported by the record even if the district court did not rely on that basis. *See United States v. State of Wash.,* 969 F.2d 752, 755 (9th Cir.1992). We affirm.

The district court lacked subject matter jurisdiction under the *Rooker–Feldman* doctrine because Bourgeois's action is a "forbidden de facto appeal from a judicial decision of a state court," and raises constitutional claims that are "inextricably intertwined" with that prior state court decision. *Id.* at 1158.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* Michael B. Mukasey is substituted for his predecessor, Alberto R. Gonzales, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).